■ ROSEANNE SEEBECK et al., Appellants, v WILLIAM FINETTA, Respondent. (And a Third-Party Action.)

The plaintiff Roseanne Seebeck and the defendant, coemployees, were both acting in the course of their mutual employment when the defendant's automobile struck Roseanne *(see, Matter of Husted v Seneca Steel Serv.,* 41 NY2d 140; *Kunze v Jones,* 6 AD2d 888, *affd* 8 NY2d 1152; *Smithline v Ghessi,* 25 AD2d 841; *Pantolo v Lane,* 185 Misc 221). Summary judgment was properly granted in favor of the defendant since workers' compensation is the exclusive remedy available to the injured plaintiff *(see,* Workers' Compensation Law § 29 [6]). Mangano, P. J., Bracken, Lawrence and Rosenblatt, JJ., concur.